IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. ......
S.......... DIV.
°°13 JAN −5  PM 2: 20

CLERK OF GA.

JEFFREY CROSLEN,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CASE NO. CV414-143
                                    )
CHIEF CHARLES G. MIDDLETON,         )
individually and in his            )
official capacity as Fire          )
Chief of Savannah, and MAYOR       )
AND ALDERMEN OF THE CITY OF         )
SAVANNAH,                           )
                                    )
        Defendants.                 )
                                    )

## O R D E R

Before the Court is Plaintiff's Motion to Stay Action
Pending the Eleventh Circuit's En Banc Decision in Slater
v. U.S. Steel. (Doc. 53.) Plaintiff requests the stay
because the Eleventh Circuit's en banc decision in Slater,
Appeal No. 12-15548-GG, "may well drastically alter the law
of 'judicial estoppel' in this Circuit, and hence, the
outcome of this case." (Id. at 4.) In response, Defendants
consent to staying this case and agree that "[t]he decision
of the Eleventh Circuit in Slater may have a substantial
effect on judicial estoppel law in this Circuit and the
claims and issues in this case." (Doc. 56 at 1-2.)

After careful consideration, Plaintiff's motion is
**GRANTED** and this case is hereby **STAYED.** The Clerk of Court

is **DIRECTED** to **ADMINISTRATIVELY CLOSE THIS CASE**. All parties retain the right to request at any time that the Court reopen this case, along with all motions currently pending.

SO ORDERED this 5ᵗʰ day of January 2017.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA