IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEFFREY CROSLEN,          )
                          )
     Plaintiff,           )
                          )
v.                        )  CASE NO. CV414-143
                          )
CHIEF CHARLES G. MIDDLETON, )
individually and in his   )
official capacity as Fire )
Chief of Savannah, and MAYOR )
AND ALDERMEN OF THE CITY OF )
SAVANNAH,                 )
                          )
     Defendants.          )
                          )

## O R D E R

Before the Court is Plaintiff Jeffrey Croslen's Motion to Re-Open Case. (Doc. 58.) In this motion, Plaintiff asks the Court to reopen this case, which was stayed (Doc. 57) at the parties' request on January 5, 2017 pending the Eleventh Circuit Court of Appeals' en banc decision in Slater v. U.S. Steel Corp., No. 12-15548 (11th Cir. Aug. 30, 2016). (Doc. 58 at 1.) Also, Plaintiff requests that the Court entertain additional briefing necessitated by the Eleventh Circuit's decision in Slater. (Id.) Defendants do not oppose Plaintiff's request. (Doc. 59.)

After careful consideration, Plaintiff's motion is **GRANTED** and the Clerk of Court is **DIRECTED** to reopen this case. Defendants **SHALL** have thirty days from the date of

this order to file a new motion for summary judgment. The normal briefing deadlines for responses and replies shall apply.

Given Defendants' reliance on judicial estoppel in their Supplemental Motion for Summary Judgment, the Court believes that the most prudent course of action is to have Defendants file a new motion that encompasses all of their arguments regarding their entitlement to summary judgment. Having a complete, stand-alone motion relives this Court from having to sift through numerous filings and piece together Defendants' arguments. Therefore, the Court will not accept any filing that incorporates by reference any portion of an earlier filing. Defendants' motion and Plaintiff's response should be stand-alone filings that independently contain all the arguments the parties wish the Court to consider. As a result, Defendants' Supplemental Motion for Summary Judgment (Doc. 49) and Plaintiff's Motions for Extension of Time (Doc. 51; Doc. 52, and Motion for Leave to File Excess Pages (Doc. 54) are **DISMISSED AS MOOT.**

SO ORDERED this 3rd day of October 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA